IN THE UNITED STATES DISTRICT Court Middle District of Florida Jacksonville Division.

FILED

Anthony L. Cooper,
Petitioner - Injunction,
vs.

F.B.I. - Agents. - 6061. Gate Pkwy. N. Jax, Fla. 32256.
- AND -
States Attorney Office / Angela Corey, Esq. 220 Bay, St. Jax, Fla. 32202,
AND
John Rutherford, Sheriff Office / 501 E. Bay, St. Jax, Fla. 32202.
AND
U.S. States Attorney Prosecutors, Office. Washington, D.C.
AND
F.D.L.E. Office, Jax, Fla., et al. Respondents.

CASE NO. 20B
3:13-cv-1449

2013 NOV 25 P 1:07

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## U.S. Federal Petition for Writ Mandamus Relief.

Petitioner, pursuant to U.S. Fed. R. A. - Mandamus-Relief now moves this Hon. Court. And (Mandamus) vehical is the proper model-clarity-petition for this type of relief. As follows, to be (Entertained) as "Mandamus-Relief" Compelled-compelling-Respondents. To take action in this matter.

1. Petitioner is diffantly a (witness) to these crimes committed by the (suspects-defendants) named identified within this petition. Due to them free-ly-voluntarily (confessing) and written down. And out (affidavits) confessing - committeeing to these crimes. - To (me). And (serious) homicide(s) murder(s), and (attempted) homicide(s) murders on 1). Little kids childerns, infants -&.-Adults.-&. 2). U.S. Fed. Judges, &. State &. Federal-officials.- (Thereovictims)"

2. Petitioner, is now (Reporting) such. To officer(s) of the (Courts) Judges, for relief and action to be taken. deems necessary to have this court to issue a, show cause order. or (in alternative) notify proper officials.

# PETITION FOR WRIT MANDAMUS:

Comes NOW THE undersigned PETITIONER NOW moves

1. PURSUANT TO [MANDAMUS-RULES-PROCEDURES] OF THIS Honorable Court. And REQUEST FOR [ORDER TO SHOW-CAUSED.] PURSUANT TO RULES OF COURT. AND NOW Alleges; As Grounds For Relief STATed. AND TO BE ENTERTAIND AS ANY OTHER WRIT.

## Grounds For Relief
## STATEMENT FACTS Relief.

1). "(See)" ATTAched. Page(s). & Evidence NOW submitted To This Court For Review Relief. AND [ORDER TO SHOW CAUSED].

### Relief.

2. Therefore, PETITIoner NOW Moves This Hon. COURT. FOR THE Relief. REQUESTED IN THIS PETITION.

Respectfully submitted,
By:/P/x Anthony L. Cooper

MR. Anthony L. Cooper
Jail No. 2013018708. DUVAL COUNTY JAIL 500 E. ADAMS, STREET. JAX, FLA. 32202.

11-4-2013.
DATED this 4th DAY OF November, 2013.

1, Further AFFIRMED. THAT Affidavit. I, AFFIRM. THAT ALL STATE MMTS (AFFIDAVITS). MADE TO ME. BY EACH NAMED (NAME) [SUSPECTS] IN THE (AFFIDAVITS) INDIVIDUALLY. ARE TRUE CORRECT. COMPLETE. SWORN TO And subscribed pursuant TO FLA. STAT. PENALTY PERJURY. -ACT. FOR ANY ALL-POLICE & FEDERAL-AUTHORITYS. TO FULLY-PROSECUTE (CONVICT ALL SUCH SUSPECTS. NAMED. IDENTIFIED. BY ME.

1). Cederic TATE. - (SHOT TO DEATH HIS VICTIM) During Robbery. - Murder-killed victim.
- & - ALSO INVOLVED IN (FIREING SHOTS AT U.S. Fed. Judge & Prosecutors.)
- publisher??

2). ERIC CLAYTON, Driven-over-INTENTIONALLY small-baby child. - INFANT murder killed baby.

3). RAYmond BREEDEN, Slice-CUT THROAT OF VICTIM During Altercation. & Threats on STATE WITNESS - Nick Bell) et al. OTHERS. & ATTEMPT ESCAPE

4). Charles Wayne COPE & JULIE DRIGGERS - Home - Burglarys invasion BAKER, DUVAL COUNTY, RESIDENTS, et al. & ATTEMPT ESCAPE.

5). SERIDARUS M. SCOTT DRIVEN over small baby child INTENTIONAL - Murder Homicide.  6). De'MARCUS JOHNSON & DESHAWN GREEN. BOTH SHOT TO DEATH VICTIM.

Please "MAILED-Forward ALL-(confidential-INFORMATION)" TO:

1). U.S. FEDERAL F.B.I.-MARSHALLS. #5200 Belfort, Rd. Ste. 200. JAX. FLA. 32256.

2). U.S. Fed. CHIEF JUDGE & C/O U.S. Fed. Prosecutors. 300 N. HOGAN, ST. JAX. FLA. 32202

3). Angela Corey, Esq. STATES ATTORNEY 220 BAY, ST. JAX. FLA. 32202. DUVAL

4). RALPH YAZDIYA, ESQ. C/O WILLIAM P. CERVON ESQ. STATE ATTY...

5). JOEY Dobson, Sheriff, SHERIFF, DR. MACCLENNY, FLA.

6). John Rutherford Sheriff. 501 E. BAY, ST. JAX, FLA. 32202

To: ATTN: John Rutherford, Sheriff. OCT. 10, 2013.
Sheriff Office - 501-E.Bay, St.
(Homicide & Burgarly-Div)
JAX, FLA. 32202.

&. ATTN:
C/o Angela Corey, Esq.
Chief STATES Attorney Office
#220-Bay, St. JAX, FLA. 32202.

&. ATTN:
C/o William P. Cervon, Esq, Chief STATES Attorney / C/o Ralph Yazdiya, Esq.
Office
Baker County STATES Attorney
Macclenny, Florida.

To: ATTN: Joey Dobson, Sheriff.
Office - Police Dept,
1-Sheriff Drive,
Macclenny, Florida. &-
C/o Investigator, Voltz.
Burgarly-Dept.

To: ATTN:
U.S. Federal Marshall-
F.B.I. Office
#5200-Belfort, Rd.
Ste. 200, JAX, FLA. 32256.

-And- To: ATTN: Chief, Judge.
U.S. District Court
&. Prosecutor Office
300 N. Hogan, St. 9-150.
JAX, FLA. 32202.

RE: Confidential-Informant Information.

Dear Parties!

Please take svious notice that I, now have (Documented) Evidence. of crime(s) committed by the (suspects) named Identified as:

✓ 1). Cedric Tate. &.
- Associates Friends
Mr. Edy., et al.

✓ 2). Eric Clayton.

✓ 3). Raymond Breedon.

✓ 4). Charles Wayne Cope.
-&. Julie J. Driggers.

✓ 5). Ser'Darus M. Scott.

✓ 6). De'Marcus Johnson.
&. Deshawn Green.

I'am requesting to speake with someone or representives from your office. To discuss such. And come (pick-up) Retrieved these - Documents, Evidence. Thanx! Ma'm/sir.

By: x [signature]
Mr. Anthony L. Cooper
Jail #2013018708. Duval
County Jail 500 E. Adams, St.
JAX, FLA. 32202.

(Confidential-
-Informant)

appears that he wants this Court to order state and federal officials to investigate crimes committed by other inmates housed at the Duval County Jail. However, Cooper does not allege that he NAMES.